An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ADOPTION
OF THE MINOR CHILD,

STEPHANIE H.,
Appellant,
vs.
GERALD O.; LORI O.; AND CLARK
COUNTY DEPARTMENT OF FAMILY
SERVICES,
Respondents.

No. 65287

**FILED**

SEP 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant has moved to voluntarily dismiss this appeal. The motion is granted, and this appeal is hereby dismissed with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Cynthia N. Giuliani, District Judge
Carolyn Worrell, Settlement Judge
Roberts Stoffel Family Law Group
Clark County District Attorney/Juvenile Division
Gerald O.
Lori O.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31864